```
                                        FILED

                                    08 SEP -3 PM 2: 28

                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA

                                    BY:                    _____
                                                            DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 2965 BEN

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| JUAN VASALLO-MARTINEZ, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Juan Vasallo-Martinez</u>, Criminal Case No. 08CR2434BEN

DATED: September 3, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ Lara Stingley*

LARA A. STINGLEY
Assistant U.S. Attorney